UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>   Plaintiff,<br><br>   v.<br><br>TRUST OFFICE,<br><br>   Defendant. | No.  2:15-cv-0088 JAM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed March 24, 2015, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has neither responded to the court's order nor filed an in forma pauperis affidavit.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 12, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/barg0088.fifp